**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SCOTT SPOLVERINO,

                          Plaintiff,                                    20 **CIVIL** 6378 (KHP)

        -v-                                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated August 3, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner

of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative

proceedings.

**Dated:**  New York, New York
        August 3, 2021


                                                        **RUBY J. KRAJICK**
                                                _____
                                                        **Clerk of Court**
                                        **BY:**      K. mango
                                                _____
                                                        **Deputy Clerk**